## 62823. MILLIRONS GARAGE v. KELLY.

DEEN, Presiding Judge.

This appeal is dismissed pursuant to Court of Appeals Rules 14 and 27 (a).

*Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED OCTOBER 20, 1981.

*John W. Greer III,* for appellant.
*Thomas J. Browning,* for appellee.